# *Memorandum*



| Subj: | Date: |
|---|---|
| United States v. HUSSEIN SALEH SALEH | November 13, 2007 |

07-01267

| To: | From: |
|---|---|
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | BONNIE L. HOBBS<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

United States v. Hussein Saleh Saleh_____, being filed on __11/14/07_____,

[ ] is

[X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

BONNIE L. HOBBS
Assistant United States Attorney
Criminal Division