1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   PATRICK R. FITZGERALD (Cal. State Bar No. 135512)
4  Assistant United States Attorney
   Senior Litigation Counsel
5  BONNIE L. HOBBS (Cal. State Bar No. 208525)
   Assistant United States Attorney
6  National Security Section
        1300 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:  (213) 894-4591/4447
        Facsimile:  (213) 894-3713
9       E-mail:    patrick.fitzgerald@usdoj.gov
                   bonnie.hobbs@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                          WESTERN DIVISION

15 | UNITED STATES OF AMERICA, ) No. CR 07-522-ODW
   |                           ) No. CR 07-1267-ODW
16 |            Plaintiff,     ) No. CR 07-1268-ODW
   |                           ) No. CR 07-1269-ODW
17 |       v.                  )
   |                           ) NOTICE OF RULING UNDER THE
18 | ALI KHALIL ELREDA, et al.,) CLASSIFIED INFORMATION PROCEDURES
   |                           ) ACT
19 |                           )
   |            Defendants.    )
20 |_____)

21      The government hereby gives notice that the Court has

22 granted the government's _ex parte_, _in camera_ motion under Section

23 //

24 //

25 //

26 //

27 //

28 //

```
1  4 of the Classified Information Procedures Act (CIPA), Title 18,
2  Appendix 3, § 4.
3
4  Dated: November 17, 2008          Respectfully submitted,
5                                     THOMAS P. O'BRIEN
                                      United States Attorney
6
                                      CHRISTINE C. EWELL
7                                     Assistant United States Attorney
                                      Chief, Criminal Division
8
9                                     /s/
                                      ─────────────────────────────
10                                    PATRICK R. FITZGERALD
                                      BONNIE L. HOBBS
11                                    Assistant United States Attorneys

12                                    Attorneys for Plaintiff
                                      United States of America
```