Exhibit A

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services
U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1615-0067; Expires 9/30/03

## Application for Asylum and for Withholding of Removal

*Start Here- Please Type or Print.* USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION. (Note: There is NO filing fee for this application.)

*Please* check the box if you also want to apply for withholding of removal under the Convention Against Torture.  ☒

### PART A.I.  INFORMATION ABOUT YOU

| 1. Alien Registration Number(s)(A #'s) *(if any)* A 73 809 218 | 2. Social Security No. *(if any)* 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 |
|---|---|
| 3. Complete Last Name: SALEH | 4. First Name: HUSSEIN | 5. Middle Name: |

6. What other names have you used *(Include maiden name and aliases.)*
NONE

7. Residence in the U.S.
C/O
Telephone Number: 213-748-3992
Street Number and Name: 6710 FLORA AVENUE
Apt. No.: A
City: BELL    State: CA    ZIP Code: 90201

8. Mailing Address in the U.S., if other than above
SAME AS ABOVE

9. Sex: ☒ Male  ☐ Female
10. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

11. Date of Birth (Mo/Day/Yr): 11/17/1970
12. City and Country of Birth: YAROUN, LEBANON

13. Present Nationality (Citizenship): LEBANESE
14. Nationality at Birth: LEBANESE
15. Race, Ethnic or Tribal Group: SHIITE
16. Religion: MUSLIM

17. Check the box, a through c that applies:
a. ☐ I have never been in immigration court proceedings.
b. ☒ I am now in immigration court proceedings.
c. ☐ I am **not** now in immigration court proceedings, but I have been in the past.

18. Complete 18 a through c.
a. When did you last leave your country? (Mo/Day/Yr): 05/06/1998
b. What is your current I-94 Number, if any? EWI
c. Please list each entry to the U.S. beginning with your most recent entry. List date (Mo/Day/Yr), and your status for each entry. (Attach additional sheets as needed)

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 05/10/1998 | SAN YSIDRO, CA | PENDING ASYLUM | N/A |
| N/A | | | |
| N/A | | | |
| N/A | | | |

19. What country issued your last passport or travel document: LEBANON
20. Passport # 1143525  Travel Document # N/A
21. Expiration Date (Mo/Day/Yr): / /

22. What is your native language? ARABIC
23. Are you fluent in English? ☐ Yes  ☒ No
24. What other languages do you speak fluently? NONE

**FOR EOIR USE ONLY**

**FOR BCIS USE ONLY**
Action:
Interview Date: _____
Decision:
___ Approval Date _____
___ Denial Date _____
___ Referral Date _____
Asylum Officer ID# _____

Form I-589 (Rev. 07/03/03)Y

**PART A.II. INFORMATION ABOUT YOUR SPOUSE AND CHILDREN**

Your Spouse    ☐ I am not married. (Skip to *Your Children,* below)

| 1. Alien Registration Number (A#) *(If Any)* <br> 77 106 617 | 2. Passport/ID Card No. *(If any)* <br> 1156461 | 3. Date of Birth *(Mo/Day/Yr)* <br> 09/03/1978 | 4. Social Security No. *(If any)* <br> N/A |
|---|---|---|---|
| 5. Complete Last Name <br> OUBEID | 6. First Name <br> HOSSEN | 7. Middle Name <br> HUSSEIN | 8. Maiden Name <br> OUBEID |
| 9. Date of Marriage *(Mo/Day/Yr)* <br> 08/10/1995 | 10. Place of Marriage <br> LEBANON | 11. City and Country of Birth <br> BEIRUT   LEBANON | |
| 12. Nationality *(Citizenship)* <br> LEBANESE | 13. Race, Ethnic or Tribal Group | | 14. Sex ☐ Male  ☒ Female |

15. Is this person in the U.S.?    ☒ Yes *(Complete blocks 16 to 24)*    ☐ No *(Specify location)*

| 16. Place of last entry in U.S.? <br> SAN YSIDRO, CA | 17. Date of last entry in the U.S. *(Mo/Day/Yr)* | 18. I-94 No. *(If any)* <br> NONE | 19. Status when last admitted *(Visa type, if any)* <br> EWI |
|---|---|---|---|
| 20. What is your spouse's current status? <br> PENDING ASYLUM | 21. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* <br> N/A | 22. Is your spouse in immigration court proceedings? <br> ☐ Yes ☒ No | 23. If previously in the U.S., date of previous arrival *(Mo/Day/Yr)* <br> NONE |

24. If in the U.S., is your spouse to be included in this application?   *(Check the appropriate box.)*

   ☒ Yes *(Attach one (1) photograph of your spouse in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
   ☐ No

**Your Children.**    Please list **ALL** of your children, regardless of age, location, or marital status.

☐ I do not have any children *(Skip to Part A.III., **Information about Your Background.**)*
☒ I do have children. Total number of children ____3____

*(Use Supplement A Form I-589 or attach additional pages and documentation if you have more than four (4) children.)*

| 1. Alien Registration Number (A#) *(if any)* <br> NONE | 2. Passport/ID Card No. *(If any)* <br> 01/25/1997 | 3. Marital Status *(Married, Single, Divorced, Widowed)* <br> SINGLE | 4. Social Security No. *(if any)* <br> 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 |
|---|---|---|---|
| 5. Complete Last Name <br> SALEH | 6. First Name <br> HAWRA | 7. Middle Name <br> HUSSEIN | 8. Date of Birth *(Mo/Day/Yr)* <br> 01/25/1997 |
| 9. City and Country of Birth <br> LOS ANGELS,   USA | 10. Nationality *(Citizenship)* <br> AMERICAN | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male  ☒ Female |

13. Is this child in the U.S.?   ☒ Yes *(Complete Blocks 14 to 21)*    ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? <br> N/A | 15. Date of last entry in the U.S.? *(Mo/Day/Yr)* <br> N/A | 16. I-94 No. *(If any)* <br> N/A | 17. Status when last admitted *(Visa type, if any)* <br> N/A |
|---|---|---|---|
| 18. What is your child's current status? <br> US CITIZEN | 19. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* <br> N/A | 20. Is your child in immigration court proceedings? <br> ☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application?   *(Check the appropriate box.)*

   ☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person)*
   ☒ No

**PART A.II. INFORMATION ABOUT YOUR SPOUSE AND CHILDREN Continued**

| 1. Alien Registration Number (A#) (if any) | 2. Pass/ID Card No. (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (if any) |
|---|---|---|---|
| NONE | 02/02/1999 | SINGLE | 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 |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Year) |
| SALEH | ZEINAB | HUSSEIN | 02/02/1999 |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☒ Female |
| LOS ANGELES, USA | AMERICAN | | |

13. Is this child in the U.S.?  ☒ Yes (Complete blocks 14 to 21)   ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, (if any) (Mo/Day/Yr) N/A | 20. Is your child in immigration court proceedings?  ☐ Yes  ☒ No | |
| US CITIZEN | | | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box)
   ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
   ☒ No

| 1. Alien Registration Number (A#)(If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. |
|---|---|---|---|
| NONE | | SINGLE | 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 |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| ALI | SALEH | HUSSEIN | 05/06/2002 |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☒ Female |
| LOS ANGELES, U.S.A | AMERICAN | | |

13. Is this Child in the U.S.?  ☒ Yes (Complete blocks 14 to 21)   ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? N/A | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |
| US CITIZEN | | | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box)
   ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
   ☐ No

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is the child in the U.S.?  ☐ Yes (Complete blocks 14 to 21)   ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box)
   ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
   ☐ No

Form I-589 (Rev. 07/03/03)Y Page 3

## PART A.III.  INFORMATION ABOUT YOUR BACKGROUND

1. Please list your last address where you lived before coming to the U.S. If this is not the country where your fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State, and Country.) (Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2. Provide the following information about our residences during the last five years. List your present address first. *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Number and Street | City/Town | Department, Province or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 6710 FLORA AVENUE | BELL | CA | U.S.A | 02/2005 | Present |
| 6708 GIFFORD STREET, APT A | BELL | CA | U.S.A | 06/2000 | 01/2005 |
| 6619 GIFFORD STREET, APT A | BELL | CA | U.S.A | 05/1997 | 05/2000 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent. *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| YAROUN HIGH SCHOOL | HIGH SCHOOL | YAROUN, LEBANON | 03/1983 | 11/1988 |
| YAROUN PRIMARY SCHOOL | PRIMARY | YAROUN, LEBANON | 01/1977 | 12/1982 |
|  |  |  |  |  |
|  |  |  |  |  |

4. Provide the following information about your employment during the last five years. List your present employment first. *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| STAR CITY A & H   1262 S. LOS ANGELES ST. LOS ANGELES | BUSSINESSMAN | 06  1999 | PRESENT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. Provide the following information about your parents and siblings (brother and sisters). Check box if the person is deceased. *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* ZAHRAH  SELIM | YAROUN, LEBANON | ☐ Deceased  YAROUN  LEBANON |
| *Father* SALEH  SALEH | YAROUN, LEBANON | ☐ Deceased  YAROUN  LEBANON |
| *Siblings* SALEH  SALEH | YAROUN, LEBANON | ☒ Deceased  BELL, CALIFORNIA |
| SALEH  SALEH | YAROUN, LEBANON | ☐ Deceased  BELL, CALIFORNIA |

Form I-589 (Rev. 07/03/03)Y Page 4

## PART B. INFORMATION ABOUT YOUR APPLICATION

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in PART B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the Act or withholding of removal under the Convention Against Torture) you should provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You should attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, please explain why in your responses to the following questions. Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A-D, Section V, "Completing the Form," Part B, and Section VII, "Additional Documents the You Should Submit" or more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the Act, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on

   - ☐ Race
   - ☒ Religion
   - ☐ Nationality
   - ☒ Political opinion
   - ☐ Membership in a particular social group
   - ☐ Torture Convention

   A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

   1) What happened;
   2) When the harm or mistreatment or threats occurred;
   3) Who caused the harm or mistreatment or threats; and
   4) Why you believe the harm or mistreatment or threats occurred.

   **I WAS UNLAWFULLY ARRESTED BY THE SOUTHERN LEBANON ARMY (SLA) IN 11/1996 AND 6/1997. WHEN I WAS ARRESTED, I WAS ACCUSED OF BEING A MEMBER OF THE HEZBOLLAH MILITIA, ILLEGALLY DETAINED FOR A MONTH, CONFINED TO A SMALL CELL UNDER POOR CONDITIONS, INTERROGATED, TORTURED (SLAPPED, KICKED, PUNCHED, HIT WITH THE BACK OF A RIFLE), SHOT AT AND GRAZED BY A BULLET, HELD AT GUNPOINT AND THREATENED WITH DEATH, AND THREATENED WITH THE ARREST/TORTURE OF MY FAMILY MEMBERS. IN ADDITION, 2 OF MY BROTHERS AND MY FATHER WERE ARRESTED, BEATEN, INTERROGATED, AND THREATENED WITH DEATH BY THE SLA IN 1996 AND 1997. THE SLA THREATENED TO DEMOLISH MY FAMILY'S HOME IF THEY DID NOT DIVULGE INFORMATION ABOUT ME.**
   **I WAS CONSCRIPTED BY THE SLA WHEN I WAS 20 YEARS OLD. MY SERVICE WITH THE SLA ENDED IN 1995 WHEN THEY**

   B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

   1) What harm or mistreatment you fear;
   2) Who you believe would harm or mistreat you; and
   3) Why you believe you would be harmed or mistreated.

   **I FEAR THAT THE SLA WILL UNLAWFULLY DETAIN, INTERROGATE, TORTURE, AND THREATEN ME AND MY FAMILY -- AS THEY HAVE DONE IN THE PAST. I ALSO FEAR THAT IF I RETURN TO LEBANON, I WILL BE IMMEDIATELY IDENTIFIED, ARRESTED, AND ULTIMATELY MURDERED BY THE LEBANON GOVERNMENT AUTHORITIES OR CIVILIANS WHO HAVE BRANDED ME A TRAITOR. I BELIEVE I WOULD BE HARMED BECAUSE OF MY POLITICAL BELIEFS. I AM POLITICALLY NEUTRAL AND DO NOT WANT TO JOIN IN SLA'S MILITARY ACTIVITIES, NOR DO I WANT TO JOIN IN THE HEZBOLLAH MILITIA'S ACTIVITIES. BECAUSE I DID NOT SIDE WITH THE SLA OR HEZBOLLAH, BOTH GROUPS BELIEVED I WAS SECRETLY WORKING FOR THE OPPOSITION. THE HEZBOLLAH HAVE REPEATEDLY QUESTIONED MY FAMILY ABOUT ME AND I FEAR THAT THEY WILL TRY TO CAPTURE ME BECAUSE OF MY PAST COLLABORATION WITH THE SLA.**

### PART B. INFORMATION ABOUT YOUR APPLICATION Continued

2. Have you or your family members ever been charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☐ No  ☒ Yes  If "Yes," explain the circumstances and reasons for action.

IN 11/96 AND 6/1997, I WAS UNLAWFULLY ARRESTED, DETAINED, INTERROGATED, AND IMPRISONED BY THE SLA IN LEBANON. IN 1996, I WAS DETAINED FOR 1 MONTH IN A SMALL CELL WITH INSUFFICIENT FOOD. I WAS NOT PERMITTED TO COMMUNICATE WITH OTHERS, INCLUDING MY FAMILY. I WAS INTERROGATED, THREATENED, AND TORTURED, BUT NEVER PRESENTED WITH ANY ARREST WARRANT OR EVIDENCE THAT I COMMITTED A CRIME. I WAS ACCUSED OF BEING A "DESERTER" AND COLLABORATING WITH THE HEZBOLLAH MILITIA. THEY SLAPPED, KICKED, PUNCHED, HIT ME WITH A RIFLE, AND THREATENED MY AND MY FAMILY'S LIFE. EACH TIME I REFUSED TO REJOIN THE SLA, THEY BEAT ME MORE SEVERELY. IN 1997, I WAS INTERROGATED, THREATENED, AND TORTURED. THE SLA BEAT ME WITH CLOSED FISTS AND RIFLES, AND SHOT BULLETS BETWEEN MY FEET. AT ONE POINT, A BULLET GRAZED MY ARM, LEAVING A SCAR.

IN ADDITION, 2 OF MY BROTHERS AND MY FATHER WERE ARRESTED, BEATEN, INTERROGATED, AND THREATENED WITH DEATH BY THE SLA IN 1996 AND 1997. MY MOTHER WAS REPETEADLY QUESTIONED. THE SLA THREATENED TO DEMOLISH MY

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No  ☒ Yes  If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

I SERVED FOR 4 1/2 YEARS WITH THE SLA. DURING MY SERVICE I WAS ASSIGNED TO SEVERAL OPERATIONS. IN 1992, I WAS DESIGNATED SQUAD LEADER. I WAS ALSO ACCOUNTABLE FOR CHECKPOINT DUTY, SURVEYS, AMBUSHES TO PREVENT THE DEPLOYMENT OF NORTHERN MILITIA OPERATIONS, AND THE MONITORING OF SUICIDAL ATTACKS BY THE HEZBOLLAH AND THE RESISTANCE AGAINST THE SLA. MY SERVICE ENDED IN 1995 WHEN THE SLA PRESSURED ME TO JOIN IN OPERATIONS THAT INVOLVED INHUMANE CONDUCT, SUCH AS KIDNAPPING AND KILLING OPPOSITION MEMBERS, THEIR FAMILIES, AND CIVILIANS.

B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No  ☐ Yes  If "Yes," describe for each person, you or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No  ☒ Yes  If "Yes," explain why you are afraid and describe the nature of the torture you fear, by whom, and why it would be inflicted.

I FEAR BEING TORTURED IN LEBANON BY THE SLA AND HEZBOLLAH. I FEAR THE SLA WILL SLAP, KICK, AND PUNCH ME -- AS THEY HAVE DONE IN THE PAST. I ALSO FEAR THAT THEY WILL SHOOT AT ME AGAIN WITH A RIFLE AND THREATEN MY AND MY FAMILY'S LIFE. I FEAR THEY WILL DETAIN ME IN A SMALL CELL FOR LONG PERIODS OF TIME WITHOUT SUFFICIENT FOOD. BUT, MOST OF ALL, I FEAR THAT THE SLA OR CIVILIANS WHO HAVE BRANDED ME A TRAITOR WILL MURDER ME ONCE THEY IDENTIFY ME.

I FEAR THE HEZBOLLAH WILL CAPTURE ME IF I RETURN TO LEBANON. I FEAR THAT THEY WILL TORTURE ME AND ULTIMATELY KILL ME FOR COLLABORATING WITH THE SLA IN THE PAST

## PART C. ADDITIONAL INFORMATION ABOUT YOUR APPLICATION

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1. Have you, your spouse, your child(ren), your parents, or your siblings ever applied to the United States Government for refugee status, asylum, or withholding of removal?   ☐ No  ☒ Yes

   If "Yes" explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Please indicate whether or not you were included in a parent or spouse's application. If so, please include your parent or spouse's A-number in your response. If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2. A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?   ☐ No  ☒ Yes

   B. Have you, your spouse, your child(ren), or other family members such as your parents or siblings ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?   ☐ No  ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for lawful residence purposes; and whether the person applied for refugee status or for asylum while there, and, if not, why he or she did not do so.

   **2A: I FLEW FROM LEBANON TO MEXICO, TRAVELLED THROUGH MEXICO TO CALIFORNIA. I DID NOT APPLY FOR REFUGEE STATUS OR ASYLUM IN MEXICO.**

3. Have you, your spouse, or child(ren) ever ordered, incited, assisted, or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No   ☐ Yes   If "Yes," describe in detail each such incident and your own or your spouse's or child(ren)'s involvement.

Form I-589(Rev. 07/03/03)Y Page 7

**PART C.  ADDITIONAL INFORMATION ABOUT YOUR APPLICATION Continued**

4. After you left the country where you were harmed or feared harm, did you return to that country?

   ☒ No  ☐ Yes  If "Yes," describe in detail the circumstances of your visit (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s)).

5. Are you filing the application more than one year after your last arrival in the United States?

   ☒ No  ☐ Yes  If "Yes," explain why you did not file within the first year after you arrived. You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes in the United States?

   ☐ No  ☒ Yes  If "Yes," for each instance, specify in your response what occurred and the circumstances; dates; length of sentence received; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; any formal charges that were lodged against you or your relatives included in your application; the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

ON 12/13/98, I WAS CHARGED FOR PERJURY AND USE OF A FALSE DOCUMENT TO CONCEAL CITIZENSHIP. THE CHARGE FOR PERJURY WAS DISMISSED BUT I WAS CONVICTED FOR THE USE OF A FALSE DOCUMENT TO CONCEAL CITIZENSHIP. WHILE APPLYING FOR A CALIFORNIA DRIVERS LICENSE, I USED A FALSE NAME AND DATE OF BIRTH THAT WAS PRINTED ON A FALSE SOCIAL SECURITY CARD AND US I.D. CARD.

## PART D.   YOUR SIGNATURE

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you prepare this application, he or she must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part; "Whoever knowingly makes under oath, or as permitted under penalty of perjury under section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in the law or fact - shall be fined in accordance with this title or imprisoned not more than five years, or both." I authorize the release of any information from my record which the Bureau of Citizenship and Immigration Service needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.20.

| Print Complete Name | Write your name in your native alphabet |
|---|---|
| HUSSEIN                SALEH | حسين صالح |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☐ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☐ Yes *(If "Yes," complete Part E)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No  ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ *Hussein Saleh* ]   Date *(Mo/Day/Yr)*  6/07/05

Sign your name so it all appears within the brackets

## PART E.   DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature of Preparer | Print Complete Name **WAFA J. HOBALLAH, LL.M.** |
|---|---|
| | **LAW OFFICES OF WAFA J. HOBALLAH, LL.M.** |
| Daytime Telephone Number **(310) 277-6953** | Address of Preparer: Street Number and Name **2029 CENTURY PARK EAST., SUITE 2100** |

| Apt. No. | City | State | ZIP Code |
|---|---|---|---|
| | **LOS ANGELES,** | **CA** | **90067** |

## PART F.   TO BE COMPLETED AT INTERVIEW OR HEARING

*You will be asked to complete this Part when you appear before an Asylum Officer of the U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS), or an Immigration Judge of the Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to _____ that were made by me or at my request

Signed and sworn to before me by the above named applicant on:

_____   _____
Signature of Applicant                                    Date *(Mo/Day/Yr)*

_____   _____
Write Your Name in Your Native Alphabet       Signature of Asylum Officer or Immigration Judge

Form I-589 (Rev. 07/03/03)Y Page 9

Addendum to I-589 Page 5, Part B, Question 1A.
PRESSURED ME TO JOIN IN OPERATIONS THAT INVOLVED INHUMANE CONDUCT, SUCH AS KIDNAPPING/KILLING OPPOSITION MEMBERS. SINCE MY REFUSAL, THE SLA HAS HARMED AND THREATENED ME AND MY FAMILY BECAUSE I REFUSED TO REJOIN THEM AND COMPLY WITH THEIR ORDERS. I HAVE BEEN LABELED AS A "DESERTER."

Addendum to I-589 Page 6, Part B, Question 2.
HOUSE AND DESTROY OUR CROPS IF THEY DID NOT DIVULGE INFORMATION ABOUT ME.

Addendum for Form I-589 - SA  H, HUSSEIN  Date: June 8, 2005

Case 2:07-cr-01267-ODW   Document 31-2   Filed 03/12/09   Page 11 of 19   Page ID #:175

| (Family name) SALEH | (First name) HUSSEIN | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 11/17/1970 | NATIONALITY LEBANESE | FILE NUMBER A-A 73 809 218 |
|---|---|---|---|---|---|---|
| ALL OTHER NAMES USED (Including names by previous marriages) NONE | | | CITY AND COUNTRY OF BIRTH YAROUN    LEBANON | | | SOCIAL SECURITY NO. (If any) 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|---|---|
| FATHER | SALEH | SALEH | UNKNOWN | YAROUN, LEBANON | YAROUN | LEBANON |
| MOTHER (Maiden name) | SALIM | ZAHRAH | UNKNOWN | YAROUN, LEBANON | YAROUN | LEBANON |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) OUBEID | FIRST NAME HOSSEN | BIRTHDATE 09/03/1978 | CITY & COUNTRY OF BIRTH BEIRUT LEBANON | DATE OF MARRIAGE 08/10/1995 | PLACE OF MARRIAGE LEBANON |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| 6710 FLORA AVENUE | A | BELL | CA | U.S.A | FEB | 2005 | PRESENT TIME | |
| 6708 GIFFORD STREET, APT A | | BELL | CA | U.S.A | JUN | 2000 | JAN | 2005 |
| 6619 GIFFORD STREET, APT A | | BELL | CA | U.S.A | MAY | 1997 | MAY | 2000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| STAR CITY A & H    1262 S. LOS ANGELES ST. LOS ANGELES, CA | BUSSINESSMAN | JUN | 1999 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | |
|---|---|---|---|---|
| | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY): FORM I-589 | SIGNATURE OF APPLICANT *(signature)* | DATE 6/07/05 |
|---|---|---|
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) SALEH | (Given name) HUSSEIN | (Middle name) | (Alien registration number) A 73 809 218 |
|---|---|---|---|

(1) Ident.

Form G-325 A (Rev. 09/11/00)Y

U.S. Department of Justice
Immigration and Naturalization Service

BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| SALEH | HUSSEIN | | | 11/17/1970 | LEBANESE | A- A 73 809 218 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| NONE | YAROUN    LEBANON | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SALEH | SALEH | UNKNOWN   YAROUN, LEBANON | YAROUN   LEBANON |
| MOTHER (Maiden name) | SALIM | ZAHRAH | UNKNOWN   YAROUN, LEBANON | YAROUN   LEBANON |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | OUBEID | HOSSEN | 09/03/1978 | BEIRUT LEBANON | 08/10/1995 | LEBANON |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| 6710 FLORA AVENUE | A | BELL | CA | U.S.A | FEB | 2005 | PRESENT TIME | |
| 6708 GIFFORD STREET, APT A | | BELL | CA | U.S.A | JUN | 2000 | JAN | 2005 |
| 6619 GIFFORD STREET, APT A | | BELL | CA | U.S.A | MAY | 1997 | MAY | 2000 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| STAR CITY A & H    1262 S. LOS ANGELES ST. LOS ANGELES, CA | BUSSINESSMAN | JUN | 1999 | PRESENT TIME | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY): FORM I-589 | Hussein S.Aleh | 6/07/05 |
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| SALEH | HUSSEIN | | A 73 809 218 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: TYPE OF CASE: DATE: |

(2) Rec.Br.                                                 Form G-325 A (Rev. 09/11/00)Y Page 2

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| SALEH | HUSSEIN | | | 11/17/1970 | LEBANESE | A- A 73 809 218 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| NONE | YAROUN LEBANON | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SALEH | SALEH | UNKNOWN YAROUN, LEBANON | YAROUN LEBANON |
| MOTHER (Maiden name) | SALIM | ZAHRAH | UNKNOWN YAROUN, LEBANON | YAROUN LEBANON |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | OUBEID | HOSSEN | 09/03/1978 | BEIRUT LEBANON | 08/10/1995 | LEBANON |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| 6710 FLORA AVENUE | A | BELL | CA | U.S.A | FEB | 2005 | PRESENT TIME | |
| 6708 GIFFORD STREET, APT A | | BELL | CA | U.S.A | JUN | 2000 | JAN | 2005 |
| 6619 GIFFORD STREET, APT A | | BELL | CA | U.S.A | MAY | 1997 | MAY | 2000 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| STAR CITY A & H    1262 S. LOS ANGELES ST. LOS ANGELES, CA | BUSSINESSMAN | JUN | 1999 | PRESENT TIME | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY): FORM I-589 | [signature] | 6/07/05 |

Submit all four pages of this form.

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| SALEH | HUSSEIN | | A 73 809 218 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: TYPE OF CASE: DATE: |

U.S. Department of Justice
Immigration and Naturalization Service

BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | Sex | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| SALEH | HUSSEIN | | ☒ MALE ☐ FEMALE | 11/17/1970 | LEBANESE | A- A 73 809 218 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| NONE | YAROUN     LEBANON | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SALEH | SALEH | UNKNOWN  YAROUN, LEBANON | YAROUN   LEBANON |
| MOTHER (Maiden name) | SALIM | ZAHRAH | UNKNOWN  YAROUN, LEBANON | YAROUN   LEBANON |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | OUBEID | HOSSEN | 09/03/1978 | BEIRUT LEBANON | 08/10/1995 | LEBANON |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| 6710 FLORA AVENUE | A | BELL | CA | U.S.A | FEB | 2005 | PRESENT TIME | |
| 6708 GIFFORD STREET, APT A | | BELL | CA | U.S.A | JUN | 2000 | JAN | 2005 |
| 6619 GIFFORD STREET, APT A | | BELL | CA | U.S.A | MAY | 1997 | MAY | 2000 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| STAR CITY A & H    1262 S. LOS ANGELES ST. LOS ANGELES, CA | BUSSINESSMAN | JUN | 1999 | PRESENT TIME | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY): FORM I-589 | *[signature]* | 6/07/05 |
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| SALEH | HUSSEIN | | A 73 809 218 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: <br> TYPE OF CASE: <br> DATE: |

(4) Consul

Form G-325 A (Rev. 09/11/00)Y Page 4

# ADDENDUM TO FORM I-589

## HUSSEIN SALEH A# 073-809-218

My name is Hussein Saleh. I was born on November 17, 1970 at Yaroun, Lebanon. I grew up in Yaroun in a loving family supported by my parents and my siblings. I remained in Lebanon until 1997 when I was forced to run away fearing for my life due to political conflicts and military operations caused by the Southern Lebanon Army (SLA) and the emergence of the Hezbollah.

During the political governance of the SLA, it was an obligation and common practice to enlist young males in the Army. Any opposition to this resulted in jail, beatings, persecution and harassment to the person and the family.

In 1990, with other teenagers at Yaroun, I was forced to enlist with the Southern Lebanon Army (SLA). In 1992, I was selected to be the squad leader, and my responsibilities included checkpoints, surveys and ambushes to prevent the deployment of the Northern militia attacks. In addition to the responsibilities of squad leadership, I was pressured to take up new responsibilities in 1995 that would involve kidnapping of the opposition militia and their civilian family members, which I strongly opposed and as result I decided to quit the squad operations of the Southern Lebanon Army.

The SLA pressured me to rejoin the military, which I refused. I was labeled a deserter by the SLA. My two brothers were arrested and so was my father. My mother was questioned for my whereabouts and the SLA threatened to demolish our home if my family does not disclose any information pertaining to my whereabouts.

I was arrested twice. My first arrest was in November 1996 by SLA and detained in the Seventeenth. I was held incommunicado, severely tortured and interrogated at gunpoint for my refusal to rejoin the SLA. I was also accused of supporting the Hezbollah militia. I was also pressured to disclose information regarding my family's collaboration with the Hezbollah militia. As a result of my denial of their accusations and the disclosure of the information they wanted from me, the SLA threatened to kill my parents and my siblings. I was released after one month of when my father persuaded SLA leaders with a bribe for my release.

In June 1997, while playing soccer, I was re-arrested by four SLA agents. I was forcefully taken into detention for over seven hours at a remote area that I cannot recall. During the interrogations, the SLA agents maintained that I must rejoin the SLA or suffer consequences. They pointed out that they wanted me to be responsible for military operations that involved the kidnapping of the opposition militia and their civilian family members, which I refused consistently. In an effort to force my return to the SLA, the agents shot bullets between my feet and during the scuffle my arm was shot.

In pursue of my return to the militia, after three months of my second arrest, the SLA informed my father that I should either rejoin in a week or face death.

Because of these death threats, I was forced to go into hiding in the mountains of the neighboring village of Kafarkela where I remained for two days. I was then smuggled out of Kafarleka by my friends to Beirut through the city of Tyre. I remained in hiding in the mountains near Beirut for a few months until my escape was arranged and secured.

I used my Lebanese passport to leave Lebanon to Mexico, and entered United States through San Ysidro.

I request to remain in the United States where I have my family and home. My return to Lebanon is impossible because of my fear of Hezbollah which is known to have retaliated against all members of the SLA and has personally threatened me if I returned. My life would be endangered if not killed.

Respectfully Submitted,

Hussein Saleh.


**I, YOUSSEF CHAHIN, certify that I am fluent in the English and Arabic languages, that I am competent to translate this document, and that the translation is true and accurate to the best of my abilities.**

_____  
Signature

June 07, 05  
Date

اسمي حسين صالح وقد ولدت في يارون في 17 ت 1970. نشأت في يارون محاطاً بعائلة محبة مكونة من والدي وإخوتي واخواتي. لبنان كان موطني لغاية 1997 حتى اضطررت للهرب خوفاً على حياتي لأسباب سياسية وعسكرية متعلقة بجيش لبنان الجنوبي وحزب الله.

خلال سيطرة جيش لبنان الجنوبي كان من الطبيعي ان تؤدي ابادة الحيين، أي معارضة لهذه المعارسة كانت تؤدي إلى السجن والتعذيب والتهديد للشخص ولعائلته.

في 1994 اضطررت للالتحاق بالجيش مع بعض الشباب الاخرين. في 1995 عينت قائد فصيلة ومن مهامي كانت حواجز المرور، التفتيش، حركات الاستطلاع والكمائن لمنع أي تسلل من الميليشيات.

في 1996 ارغمت على اخذ مسؤوليات جديدة تتكون من خطف أفراد من الميليشيات الأخرى ومن افراد عائلاتهم عندها قررت الانسحاب من الجيش لعدة معارضتي لهذه الأساليب.

بعد انسحابي من الجيش، حاول اعضاء الجيش لبنان الجنوبي اعادتي إلى الالتحاق ولكني رفضت. ونتيجة ذلك اعتبرت هارباً من الخدمة. تعرضت عائلتي للترهيب والـ والدي واخوتي تعرضوا للتوقيف والسجن بينما استبعد والدي وهددت بترهيم المنزل في حال رفض تزويدهم بالمعلومات عن مكان وجودي.

لقد وقفت مرتين في تشرين الثاني 1996 وفي حزيران في اول توقيف تم اعتقالي لمدة شهر في سجن السابع حيث تعرضت للاستجواب والتعذيب لرفضي الالتحاق مجدداً بجيش لبنان الجنوبي واتهمت بمعاونة العدو أي حزب الله

(ج)

واجبرت على تزويدهم بمعلومات لم أكن اعرفها تخص حزب الله وعلاقته بأهل البلدة. بعد مسارعة الرفض هددت وضربت وبقيت بهذا الوضع مدة شهر لغاية أن دفع والدي مبلغا من المال لإخراجي من السجن.

أما توقيفي الثاني في حزيران ١٩٨٧ عندما كنت أمارس لعبة كرة القدم. اعتقلت من قبل ع عناصر من جيش لبنان الجنوبي وعندما رفضت في البدء الذهاب معهم أطلقوا الرصاص بين رجلي مما أدى إلى أصابتي. أخذت بالقوة إلى مكان بعيد حيث حققوا معي وعذبوني حتى أغمي علي من شدة الضرب وكان ذلك بسبب رفضي المستمر لعدم الإلتحاق بالجيش ورفضي اتهام بلا سباب المعتمدة كالخطف والضرب والترهيب والقتل وأذية الآخرين.

بعد ثلاثة أشهر من هذه الحادثة ورفضي الإلتحاق أنذروا والدي بوجوب إلتحاقي خلال أسبوع في الجيش ، وأن عاقبة عدم الإلتحاق سوف تؤدي إلى قتلي. لهذا السبب أرغمت على الرعب والإختفاء في الجبال المحاطية بقرية كفركلا حيث بقيت مختبئا لمدة يومين ، ومن بعدها هربت إلى صور ومن ثم إلى بيروت وبقيت في منطقة جبيلية قريبة من بيروت لمدة شهر حتى تأمن هروبي من لبنان إلى الولايات المتحدة عبر المكسيك - سان إيسدرو وقد استلمت جواز سفري اللبناني الذي انتهت مدة صلاحيته.

إن الرجوع إلى لبنان غير ممكن بسبب خوفي الدائم من حزب الله الذي يلاحق الأعضاء السابقين بجيشنا لبنانا الجنوبي. إن حياتي سوف تكون في خطر إذا رجعت إلى لبنان لأني سوف أتعرض للقتل.